CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 17 2006

JOHN F. CORCORAN, CLERK
BY:
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| GARY T. LANDES, | ) |
| Plaintiff, | ) Civil Action No. 5:05CV00033 |
| v. | ) **FINAL ORDER** |
| JO ANNE B. BARNHART, | ) By: Samuel G. Wilson |
| Commissioner of Social Security, | ) United States District Judge |
| Defendant. | ) |

This case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) to the Honorable B. Waugh Crigler, United States Magistrate Judge. The Magistrate Judge has filed a report recommending that an order be entered remanding the case to the Commissioner for further proceedings. Objections to the report and recommendation have not been filed, and the court, upon review of the record, is of the opinion that the report should be adopted. It is accordingly, **ORDERED** and **ADJUDGED** that the case is **REMANDED** to the Commissioner for further proceedings. In the event the Commissioner is unable to grant a continuation of plaintiff's benefits on the current record, she is to recommit the case to a Law Judge for supplemental evidentiary proceedings in which both sides may introduce additional evidence, and this case is **ORDERED** stricken from the docket of the court.

ENTER: This January 13th, 2006.

_____
UNITED STATES DISTRICT JUDGE