CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JUL 18 2006
JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| GARY T. LANDES, | ) |
| Plaintiff, | ) Civil Action No. 5:05cv00033 |
| v. | ) ORDER |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) By: Samuel G. Wilson<br>) United States District Judge |
| Defendant. | ) |

This case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) to the Honorable B. Waugh Crigler, United States Magistrate Judge. The Magistrate Judge has filed a report recommending that an order be entered awarding Kevin J. Sullivan, Esq. an attorney fee in the amount of $1,837.50 under the Equal Access to Justice Act (EAJA) 28 U.S.C. § 2412(d). Objections to the report and recommendation have not been filed, and the court is of the opinion that the report should be adopted. It is accordingly, **ORDERED** and **ADJUDGED** that Kevin J. Sullivan, Esq. be awarded an attorney fee in the amount of $1,837.50.

**ENTER**: This July 17, 2006.

_____
UNITED STATES DISTRICT JUDGE